# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**FELIX F.,**

        **Plaintiff,**    :

  v.                              **Case No. 2:22-cv-02092**
                                      **Judge Sarah D. Morrison**
                                      **Magistrate Judge Peter B. Silvain, Jr.**

**COMMISSIONER OF**
**SOCIAL SECURITY,**        :

        **Defendant.**

# ORDER

This matter is before the Court on the July 25, 2023 Report and Recommendations issued by the Magistrate Judge. (ECF No. 15.) The time for filing objections has passed, and no objections have been filed. Accordingly, the Court **ADOPTS** and **AFFIRMS** the Report and Recommendations. For the reasons set forth therein:

- Plaintiff's Statement of Errors (ECF No. 10) is **GRANTED**;

- The Commissioner's non-disability finding is **VACATED**;

- The Court makes no finding on whether Plaintiff was under a "disability" within the meaning of the Social Security Act;

- The matter is **REMANDED** to the Social Security Administration under sentence four of 42 U.S.C. § 405(g) for further consideration consistent with the Report and Recommendations; and

- The Clerk is **DIRECTED** to **TERMINATE** this case from the docket of the United States District Court for the Southern District of Ohio.

    **IT IS SO ORDERED.**

                                              /s/ Sarah D. Morrison
                                              **SARAH D. MORRISON**
                                              **UNITED STATES DISTRICT JUDGE**